JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 20-01140 JGB (KKx)** | Date | December 28, 2021 |
|---|---|---|---|
| Title | *Andrew Marcos Ruiz v. United State Postal Service* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) Order Dismissing for Lack of Prosecution**

On August 31, 2021 the Court issue an Order to Show Cause for Lack of Prosecution (Dkt. No. 10). To this date, the Court has not received a response. Accordingly, the Court dismisses this action. The clerk is ordered to close the case.

**IT IS SO ORDERED.**